UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| VINCENT MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00034 |
| ) | |
| SHERIFF OF ALLEN COUNTY, in his ) | |
| Capacity and ALLEN COUNTY, ) | |
| ) | |
| Defendants. ) | |

## INTERIM REPORT OF MEDIATOR

Mediation in this case has been scheduled to take place on Tuesday, January 26, 2021 commencing at 9:00 a.m. The undersigned will report to this Court thereafter as to whether settlement is achieved. Many thanks for the appointment!

                                BARRETT McNAGNY LLP

Dated: 7/31/2020                /s/ Kevin K. Fitzharris
                                Kevin K. Fitzharris, #15425-02
                                215 East Berry Street
                                P.O. Box 2263
                                Fort Wayne, IN 46801-2263
                                (260) 423-9551
                                E-mail: kkf@barrettlaw.com

2683137

Copies to:

| | |
|---|---|
| Samuel L. Bolinger, Esq.<br>SAMUEL L. BOLINGER & ASSOCIATES<br>Suite 300, 126 W. Columbia St.<br>Fort Wayne, IN 46807 | John O. Feighner, Esq.<br>J. Spencer Feighner, Esq.<br>HALLER & COLVIN<br>444 E. Main Street<br>Fort Wayne, IN 46802 |
| Kenneth J. Falk, Esq.<br>ACLU of Indiana<br>1031 E. Washington Street<br>Indianapolis, IN  46202 | Ryan M. Gardner, Esq.<br>Joshua A. Burkhardt, Esq.<br>BEERS MALLERS BACKS & SALIN, LLP<br>110 W. Berry Street, Suite 1100<br>Fort Wayne, IN  46802 |

2683137