UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| VINCENT MORRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-cv-00034 |
| SHERIFF OF ALLEN COUNTY, in his Capacity and ALLEN COUNTY, | ) ) ) ) |
| Defendants. | ) ) |

## MEDIATOR'S REPORT TO COURT

COMES NOW Kevin K. Fitzharris, appointed mediator herein, and for his Report to the Court, pursuant to ADR Rule 2.7, states:

1. The parties participated in mediation on January 26, 2021 but were unable to reach a settlement at that time.

2. The Mediator reports to the Court that a **second** mediation session is scheduled to be held on Friday, May 21, 2021 at 9:00 a.m.

3. The undersigned will report to this Court thereafter as to whether settlement is achieved.

BARRETT McNAGNY LLP

Dated: 1/28/2021

*/s/ Kevin K. Fitzharris*
Kevin K. Fitzharris, #15425-02
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801
(260) 423-9551
E-mail: kkf@barrettlaw.com

Page **1** of **2**

2861848

Copies to:

| | |
|---|---|
| Samuel L. Bolinger, Esq.<br>SAMUEL L. BOLINGER & ASSOCIATES<br>Suite 300, 126 W. Columbia St.<br>Fort Wayne, IN 46807 | John O. Feighner, Esq.<br>J. Spencer Feighner, Esq.<br>HALLER & COLVIN<br>444 E. Main Street<br>Fort Wayne, IN 46802 |
| Kenneth J. Falk, Esq.<br>Stevie J. Pactor, Esq.<br>ACLU of Indiana<br>1031 E. Washington Street<br>Indianapolis, IN 46202 | Ryan M. Gardner, Esq.<br>Theodore T. Storer, Esq.<br>Joshua A. Burkhardt, Esq.<br>BEERS MALLERS BACKS & SALIN, LLP<br>110 W. Berry Street, Suite 1100<br>Fort Wayne, IN 46802 |

2861848