# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| VINCENT MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00034 |
| ) | |
| SHERIFF OF ALLEN COUNTY, in his ) | |
| Capacity and ALLEN COUNTY, ) | |
| ) | |
| Defendants. ) | |

## INTERIM REPORT OF MEDIATOR

A **second** Mediation session in this case has been rescheduled to take place on Friday, July 23, 2021 commencing at 9:00 a.m. The undersigned will report to this Court thereafter as to whether settlement is achieved. Many thanks for the appointment!

BARRETT McNAGNY LLP

Dated: 5/18/2021

/s/ Kevin K. Fitzharris
Kevin K. Fitzharris, #15425-02
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801-2263
(260) 423-9551
E-mail: kkf@barrettlaw.com

Copies to:

Samuel L. Bolinger, Esq.
SAMUEL L. BOLINGER &
ASSOCIATES
Suite 300, 126 W. Columbia St.
Fort Wayne, IN 46807

John O. Feighner, Esq.
J. Spencer Feighner, Esq.
HALLER & COLVIN
444 E. Main Street
Fort Wayne, IN 46802

| | |
|---|---|
| Kenneth J. Falk, Esq.<br>ACLU of Indiana<br>1031 E. Washington Street<br>Indianapolis, IN  46202 | Ryan M. Gardner, Esq.<br>Joshua A. Burkhardt, Esq.<br>BEERS MALLERS BACKS & SALIN, LLP<br>110 W. Berry Street, Suite 1100<br>Fort Wayne, IN  46802 |